IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RESTRAINT OF ALL ASSETS HELD IN ACCOUNT NO. 4246 3492 AT CITIBANK NEW YORK, IN THE NAME OF JOSÉ RENATO GRANADO FERREIRA AND/OR BELMIRO MARTINS FERREIRA; | Case: 1:08-mc-00073<br>Assigned To: Kollar-Kotelly, Colleen<br>Assign Date: 2/14/2008<br>Description: Miscellaneous |
| ALL ASSETS HELD IN ACCOUNT NUMBER 33X-05576 AT CITICORP FINANCIAL SERVICES CORPORATION IN THE NAME OF JOSÉ RENATO GRANADO FERREIRA AND/OR BELMIRO MARTINS FERREIRA; | |
| ALL ASSETS HELD IN ACCOUNT NUMBER 4581 1915 AT CITIBANK NEW YORK, IN THE NAME OF BELMIRO MARTINS FERREIRA AND/OR JOSÉ RENATO GRANADO FERREIRA; | |
| ALL ASSETS HELD IN ACCOUNT NUMBER 33X-05226 AT CITICORP FINANCIAL SERVICES CORPORATION IN THE NAME OF BELMIRO MARTINS FERREIRA AND/OR JOSÉ RENATO GRANADO FERREIRA. | |

## EX PARTE MOTION TO SUPPLEMENT THE RECORD

The United States of America, by and through its undersigned attorneys, respectfully requests that this Court amend the record in the captioned case. In the original *ex parte* motion for a restraining order the United States advised the Court that the underlying order of the 6th Federal Criminal Court of Rio de Janeiro, Brazil, on September 18, 2007, upon which the motion was based, contained a typographical transposition of two names and account numbers. On April 29, 2008, the 6th Federal Criminal Court of Rio de Janeiro, Brazil, issued an order

amending the September 18, 2007, order and correcting the error. Accordingly, the United States requests that this court order that the record be supplemented with the April 29, 2008, order of the 6th Federal Criminal Court of Rio de Janeiro, Brazil. A true and correct copy of the April 29, 2008, Brazilian order and its translation are attached hereto as Exhibit A.

Dated this 9th day of July, 2008.

                                          Respectfully submitted,

                                          RICHARD WEBER
                                          CHIEF, ASSET FORFEITURE AND MONEY
                                             LAUNDERING SECTION (AFMLS)
                                          LINDA M. SAMUEL,
                                          Deputy Chief, AFMS
                                          By:

                                          _____
                                          JEAN B. WELD (VA Bar #19295)
                                          Trial Attorney, AFMLS
                                          Criminal Division
                                          United States Department of Justice
                                          1400 New York Avenue, N.W., 10th Floor
                                          Washington, D.C. 20530
                                          Telephone: (202) 514-1263
                                          jean.weld@usdoj.gov
                                          Attorneys for Applicant
                                          UNITED STATES OF AMERICA

**IT IS SO ORDERED**

Dated this ____ day of July 2008.

                                          _____
                                          Colleen Kollar-Kotelly
                                          UNITED STATES DISTRICT JUDGE
                                          United States District Court for the
                                          District of Columbia

# Exhibit A




PODER JUDICIÁRIO
JUSTIÇA FEDERAL
SEÇÃO JUDICIÁRIA DO RIO DE JANEIRO

06ª Vara Federal Criminal do Rio de Janeiro
Processo nº 2007.51.01.806266-4

CONCLUSÃO

Nesta data, faço estes autos conclusos a(o) MM. Sr(a). Dr(a). Juiz(a) da(o) 06ª Vara Federal Criminal do Rio de Janeiro.

Rio de Janeiro, 29 de abril de 2008.

JOÃO DE ALMEIDA RODRIGUES NETO
Diretor(a) de secretaria

Processo No. 2007.51.01.806266-4

Em atenção ao ofício n. 758/2008 do Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional do Ministério da Justiça (fls. 216/217) e atendendo a requerimento formulado pelo MPF à fl. 215, verso, retifico à decisão de fls. 65/72 no que tange ao número das contas bancárias de JOSÉ RENATO e BELMIRO, para fazer constar:

1 – Conta n. 33X-05576, mantida junto ao Citicorp Financial Services Corp., em nome de JOSÉ RENATO GRANADO FERREIRA;

2 – Conta n. 33X-05226, mantida junto ao Citicorp Financial Services Corp., em nome de BELMIRO MARTINS FERREIRA.

Oficie-se, com cópia traduzida para o inglês, comunicando a implementação da medida requerida.

Rio de Janeiro, 29 de abril de 2008.

ANA PAULA VIEIRA DE CARVALHO
Juiz(a) Federal Titular

D A T A

Nesta data, recebi estes autos do(a) MM. Sr(a). Juiz(a)da 6ª Vara Federal Criminal.

Rio de Janeiro, 29 de 04 de 2008.

JUDICIARY POWER
FEDERAL JUSTICE
JUDICIARY DISTRICT OF RIO DE JANEIRO

6th Federal Criminal Court of Rio de Janeiro
Process n° 2007 5101 806266-4

Conclusion

On this date I make these proceedings concluded to the Honorable Judge of the 6th Federal Criminal Court of Rio de Janeiro.

Rio de Janeiro, April 29, 2008

JOÃO ALMEIDA RODRIGUES NETO
Director of Secretariat

Process n° 2007 5101 806266-4

Pursuant to the oficial letter n° 758/2008 from the Department of Recovery of Assets and and International Juridical Cooperation – Ministry of Justice (pages 216/217) and in attention to the request made by the Public Prosecution Service at page 215, obverse, I amend the decision made at pages 65/72 as regards the number of the banking accounts held by JOSÉ RENATO and BELMIRO, in order to make efective:

1 – Accont number 33X-05576, at Citicorp Financial Services Corporation, held by JOSÉ RENATO GRANADO FERREIRA;

2 – Acconut number 33X-05226, held at Citicorp Financial Services Corporation, held by BELMIRO MARTINS FERREIRA.

Be an official letter sent, with a copy tranlated into the English language, giving notice about the requested measure.

Rio de Janeiro, April, 29 2008

ANA PAULA VIEIRA DE CARVALHO
Head Federal Judge

Date

On this date I received these proceedings from the
The Honorable Federal Judge of the Sixth Federal Criminal Court

Rio de Janeiro, April 29, 2008

Tradutor
Sérgio Manera Falcão
RG CREA 18936-D