CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: RESTRAINT OF ALL          )
ASSETS IN ACCOUNT NO.            )
    42463492 AT CITIBANK,     )
        ET AL.             )
                     )
                     )
      .               )          Misc.  Case Number 08-0073 (RMC)
                     )
                     )
                     )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 10,  2008</u> from <u>Judge</u>

<u>Colleen Kollar-Kotelly</u> to <u>Judge Rosemary M. Collyer</u> by direction of the

Calendar Committee.

(Case randomly reassigned to Judge Collyer)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
      <u>Judge Collyer</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk