**FILED**

JUL 2 2 2008

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RESTRAINT OF ALL ASSETS )<br>HELD IN ACCOUNT NO. 4246 3492 )<br>AT CITIBANK NEW YORK, )<br>IN THE NAME OF JOSÉ RENATO )<br>GRANADO FERREIRA AND/OR BELMIRO )<br>MARTINS FERREIRA; )<br>)<br>ALL ASSETS HELD IN ACCOUNT )<br>NUMBER 33X-05576 AT CITICORP )<br>FINANCIAL SERVICES CORPORATION )<br>IN THE NAME OF JOSÉ RENATO )<br>GRANADO FERREIRA AND/OR )<br>BELMIRO MARTINS FERREIRA; )<br>)<br>ALL ASSETS HELD IN ACCOUNT )<br>NUMBER 4581 1915 AT CITIBANK )<br>NEW YORK, IN THE NAME OF )<br>BELMIRO MARTINS FERREIRA AND/OR )<br>JOSÉ RENATO GRANADO FERREIRA; )<br>)<br>ALL ASSETS HELD IN ACCOUNT )<br>NUMBER 33X-05226 AT CITICORP )<br>FINANCIAL SERVICES CORPORATION )<br>IN THE NAME OF BELMIRO MARTINS )<br>FERREIRA AND/OR JOSÉ RENATO )<br>GRANADO FERREIRA. )<br>_____) | Case: 1:08-mc-00073<br>Assigned To: Kollar-Kotelly, Colleen<br>Assign Date: 2/14/2008<br>Description: Miscellaneous |

### EX PARTE MOTION TO SUPPLEMENT THE RECORD

The United States of America, by and through its undersigned attorneys, respectfully requests that this Court amend the record in the captioned case. In the original *ex parte* motion for a restraining order the United States advised the Court that the underlying order of the 6th Federal Criminal Court of Rio de Janeiro, Brazil, on September 18, 2007, upon which the motion was based, contained a typographical transposition of two names and account numbers. On April 29, 2008, the 6th Federal Criminal Court of Rio de Janeiro, Brazil, issued an order

amending the September 18, 2007, order and correcting the error. Accordingly, the United States requests that this court order that the record be supplemented with the April 29, 2008, order of the 6th Federal Criminal Court of Rio de Janeiro, Brazil. A true and correct copy of the April 29, 2008, Brazilian order and its translation are attached hereto as Exhibit A.

Dated this \_\_\_\_ day of July, 2008.

                              Respectfully submitted,

                              RICHARD WEBER
                              CHIEF, ASSET FORFEITURE AND MONEY
                                LAUNDERING SECTION (AFMLS)
                              LINDA M. SAMUEL,
                              Deputy Chief, AFMS
                              By:

                              _____
                              JEAN B. WELD (VA Bar #19295)
                              Trial Attorney, AFMLS
                              Criminal Division
                              United States Department of Justice
                              1400 New York Avenue, N.W., 10th Floor
                              Washington, D.C. 20530
                              Telephone: (202) 514-1263
                              jean.weld@usdoj.gov
                              Attorneys for Applicant
                              UNITED STATES OF AMERICA

**IT IS SO ORDERED**

Dated this \_\_\_\_ day of July 2008.

_____
~~Colleen Kollar-Kotelly~~
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia

2